JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 805 -- In re Balcor Film Investors Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/05/08 | 1 | MOTION, BRIEF, SCHEDULE (A-1 and A-2), EXHIBITS A - C, and CERT. OF SERVICE -- defts. Balcor Film Investors, Balcor Entertainment Co., Ltd., Balcor Securities Co., The Balcor Co., New World Pictures, Ltd., New World Entertainment, Ltd., Jerry M. Reinsdorf, Robert A. Judelson, James E. Finley, Gregory S. Junkin, Barry R. Jackson, Joseph A. Kruszynski, Lawrence L. Kuppin, Robert Rehme and Harry E. Sloan -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF WISCONSIN (cds) |
| 89/05/19 | | APPEARANCES: H. NICHOLAS BERBERIAN, ESQ. for The American Express Co., Shearson Lehman Hutton Inc., and Balcor/American Express; MICHAEL S. GLASSMAN, ESQ. for Robert Eckstein, et al.; STEVEN L. BASHWINER, ESQ. for The Balcor Co., Balcor Film Investors, Balcor Entertainment Co., Ltd., Balcor Securities Co., New World Pictures, Ltd., New World Entertainment, Ltd., Jerry M. Reinsdorf, Robert A. Judelson, James E. Finley, Gregory S. Junkin, Barry R. Jackson, Joseph A. Kruszynski, Lawrence L. Kuppin, Robert Rehme, and Harry E. Sloan (cds) |
| 89/05/23 | 2 | RESPONSE/MEMORANDUM (to Pldg. #1) -- plaintiffs Robert Eckstein, et al. -- w/Exhibits A and B and cert. of service (cds) |
| 89/06/02 | 3 | RESPONSE (to pldg. #1) -- pltfs. Ralph Majeski, et al. w/affidavit of George P. Kersten and proof of svc. (ds) |
| 89/06/06 | 4 | REPLY MEMORANDUM -- Defts. Balcor Film Investors, Balcor Entertainment Co., Ltd., Balcor Securities Company, The Balcor Company, Balcor/American Express, Inc., New World Pictures, Ltd., Jerry M. Reinsdorf, Robert A. Judelson, James E. Finley, Gregory S. Junkin, Barry R. Jacison, Joseph A. Kruszynski, Lawrence L. Kuppin, Robert Rehme and Harry E. Sloan w/cert. of svc. |
| 89/06/12 | 5 | RESPONSE -- (to pldg. #2) The American Express Company and Shearson Lehman Hutton Inc. -- w/cert. of svc. (rh) |
| 89/06/15 | | HEARING ORDER -- Setting moiton to transfer for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |

JPML FORM 1A

B.2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 805 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/06/21 | 6 | SUPPLEMENTAL REPLY -- Defts. Balcor Film Investors, Balcor Entertainment Co., Ltd., Balcor Securities Company, the Balcor Company, Balcor/American Express, Inc., New World Pictures, Ltd., Jerry M. Reinsdorf, Robert A. Judelson, James E. Finley, Gregory S. Junkin, Barry R. Jacison, Joseph A. Kruszynski, Lawrence L. Kuppin, Robert Rehme and Harry E. Sloan w/cert. of svc. (ds) |
| 89/07/14 | 7 | SUPPLEMENTAL RESPONSE -- (to pldg. #6) Robert Eckstein, et al. -- w/Exhibits A-B and cert. of svc. (rh) |
| 89/07/26 | | HEARING APPEARANCES:  (Hearing on 7/27/89 in Seattle, Washington) -- STEVEN L. BASHWINER, ESQ. for The Balcor Film Investors, Balcor Entertainment Co., Ltd., Balcor Securities Co., New World Pictures, Ltd., Balcor/American Express, Jerry M. Reinsdorf, Robert A. Judelson, James E. Finley, Gregory S. Junkin, Barry R. Jackson, Joseph A. Kruszynski, Lawrence L. Kuppin, Robert Rehme and HarryE. Sloan; GEORGE P. KERSTEIN, ESQ. OR E. CAMPION KERSTEIN, ESQ. for Ralph Majeski, et al.; H. NICHOLAS BERBERIAN, ESQ. for The Americana Express Co. and Shearson Lehman Hutton, Inc.; MICHAEL S. GLASSMAN, ESQ. OR ROBIN F. ZWERLING, ESQ. for Robert Eckstein, et al. (rh) |
| 89/08/23 | | CONSENT OF TRANSFEREE COURT -- for assignment of actions to Hon. John W. Reynolds in the E.D. Wisconsin (cds) |
| 89/08/23 | | TRANSFER ORDER -- transferring A-1 to the Eastern District of Wisconsin before the Honorable John W. Reynolds -- Notified involved judges, clerks and counsel  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 805 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Balcor Film Investors Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 7/27/89 | August 23, 1989 | TO | Unpublished | E.D. Wisconsin | John W. Reynolds | |

Special Transferee Information

DATE CLOSED: 3/11/92

JPML FORM 1

LISTING OF INVOLVED ACTIONS

E.D. Wisconsin
Judge John W. Reynolds

DOCKET NO. 805 -- In re Balcor Film Investors Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert Eckstein, et al. v. Balcor Film Investors, et al. | Cal.,C. Ideman | 89-0834-JMI(Kx) | 8/23/89 | 89-C-1315 *Remand* | 3/11/92 D | |
| A-2 | Ralph Majeski, et al. v. Balcor Film Investors, et al. | Wis.,E. Stadtmueller | 88-C-1079 | | | 3/11/92 D | |

*July 1990 - 1 TR / 1 X22/2 Pending*
*July 1991 - Same*
*July 1992 - 2 dis / Litigation Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 805 -- In re Balcor Film Investors Securities Litigation

| | |
|---|---|
| ROBERT ECKSTEIN, ET AL. (A-1)<br>Michael S. Glassman, Esq.<br>Clemens, Glassman and Clemens<br>1880 Century Park East<br>Suite 1006<br>Los Angeles, California 90067<br><br>RALPH MAJESKI, ET AL. (A-2)<br><br>George P. Kersten, Esq.<br>Kersten & McKinnon<br>Suite 1200<br>231 West Wisconsin Avenue<br>Milwaukee, Wisconsin 53203 | THE BALCOR COMPANY<br>BALCOR FILM INVESTORS<br>BALCOR ENTERTAINMENT CO., LTD.<br>BALCOR SECURITIES COMPANY<br>NEW WORLD PICTURES, LTD.<br>NEW WORLD ENTERTAINMENT, LTD.<br>JERRY M. REINSDORF<br>ROBERT A. JUDELSON<br>JAMES E. FINLEY<br>GREGORY S. JUNKIN<br>BARRY R. JACKSON<br>JOSEPH A. KRUSZYNSKI<br>LAWRENCE L. KUPPIN<br>ROBERT REHME<br>HARRY E. SLOAN<br>Steven L. Bashwiner, Esq.<br>Katten, Muchin & Zavis<br>525 West Monroe Street<br>Suite 1600<br>Chicago, Illinois 60606<br><br>BALCOR/AMERICAN EXPRESS, INC.<br>THE AMERICAN EXPRESS COMPANY<br>SHEARSON LEHMAN HUTTON INC.<br>H. Nicholas Berberian, Esq.<br>Neal, Gerber, Eisenberg & Lurie<br>208 South LaSalle Street<br>Suite 900<br>Chicago, Illinois 60604 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 805 -- In re Balcor Film Investors Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Balcor Film Investors | A-1  A-2 |
| Balcor Entertainment Co. | A-1  A-2 |
| Balcor Securities Co. | A-1  A-2 |
| Balcor Co. | A-1  A-2 |
| New World Entertainment, Ltd. | A-1 |
| Jerry M. Reinsdorf | A-1 |
| Robert A. Judelson | A-1 |
| James E. Finley | A-1 |
| Gregory S. Junkin | A-1 |
| Barry R. Jackson | A-1 |
| Joseph A. Kruszynski | A-1 |

p. 2

| | |
|---|---|
| Lawrence L. Kuppin | A-1 |
| Robert Rehme | A-1 |
| Harry E. Sloan | A-1 |
| New World Pictures, Ltd. | A-2 |
| Balcor/American Express Inc. | A-2 |
| Shearson Lehman Hutton, Inc. | A-2 |
| The American Express Co. | A-2 |
| | |
| | |
| | |
| | |