DOCKET NO. 805

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BALCOR FILM INVESTORS SECURITIES LITIGATION

TRANSFER ORDER*

This litigation presently consists of two actions pending in two federal districts, one action each in the Eastern District of Wisconsin and Central District of California. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by several defendants in both actions to transfer the California action to the Eastern District of Wisconsin for coordinated or consolidated pretrial proceedings with the action pending there. Movants alternatively suggest centralization of these actions in the Northern District of Illinois. The Wisconsin plaintiffs and two other Wisconsin defendants support the motion. The California plaintiffs agree that centralization is appropriate but suggest as transferee forum the Central District of California or, alternatively, the Southern District of New York.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Eastern District of Wisconsin will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Both actions share numerous factual questions arising from the sale of limited partnership interests in Balcor Film Investors (BFI). Centralization under Section 1407 is desirable in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Eastern District of Wisconsin is the appropriate transferee forum. We note that all but two named plaintiffs in these purported class actions are residents of Wisconsin and that the majority of corporate defendants, including BFI—along with their documents and witnesses—are headquartered in Chicago, Illinois, which is only about 100 miles from the federal court in the Eastern District of Wisconsin.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Central District of California be, and the same hereby is, transferred to the Eastern District of Wisconsin and, with the consent of that court, assigned to the Honorable John W. Reynolds for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

---

* Judge Milton Pollack recused himself and took no part in the decision of this matter. Judge Louis H. Pollak also took no part in the decision of this matter.

SCHEDULE A

<u>MDL-805 -- In re Balcor Film Investors Securities Litigation</u>

<u>Central District of California</u>

<u>Robert Eckstein, et al. v. Balcor Film Investors, et al.,</u>
   C.A. No. 89-0834-JMI(Kx)

<u>Eastern District of Wisconsin</u>

<u>Ralph Majeski, et al. v. Balcor Film Investors, et al.,</u>
   C.A. No. 88-C-1079